1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC GARSON,<br><br>            Plaintiff,<br><br>v.<br><br>SEVEN LICENSING COMPANY, LLC, a California corporation, SEVEN 7 KNITS, LLC, a California corporation, GERARD GUEZ and JOHN AND JANE DOE,<br><br>            Defendants. | CASE NO.: 2:15-CV-00404-PSG-AGR<br><br>*Assigned to The Hon. Philip S. Gutierrez*<br><br>**ORDER**<br><br>SAC Filed: April 2, 2015<br>Discovery Cutoff: January 19, 2016<br>Trial Date: April 26, 2016 |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Having considered the Parties' concurrently-filed Stipulated Protective Order, and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

The concurrently-filed Stipulated Protective Order shall be entered.

DATED: November 5, 2015     _____

                                        Honorable Alicia G. Rosenberg
                                        United States Magistrate Judge